IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              No. 4:99CR00099 JLH

TERRENCE BROCKMAN

## ORDER

Terrence Brockman's *pro se* motion for certificate of appealability is denied. Any further motions in this matter must be presented to the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 12th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE